UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

E. MISHAN & SONS, INC.,                                 :        25-cv-4853 (SHS)

                  Plaintiff,                    :        <u>ORDER</u>

      -v-                                                    :

TRADIX GMBH & CO. KG,                                 :

               Defendant.                  :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.     For the reasons set forth on the record, defendant's motion to dismiss the complaint [Doc. No. 11] is denied as to Counts 2 and 3, and granted as to Count 4;

      2.     The parties shall submit a protective order or confidentiality agreement on or before January 28, 2026;

      3.     The last day for plaintiff to produce documents requested by defendant in the state proceeding is February 4, 2026;

      4.     The last day for defendant to answer the complaint is February 18, 2026; and

      5.     There will be a status conference on March 4, 2026, at 12:00 via MS Teams. The parties shall call 646-453-4442 and use conference ID number 246990136 to join the call.

Dated: New York, New York
       January 21, 2026

                                SO ORDERED:

                                  _____
                                    Sidney H. Stein, U.S.D.J.