UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

E. MISHAN & SONS, INC.,                    :        25-cv-4853 (SHS)

                      Plaintiff,           :        ORDER

        -v-                                :

TRADIX GMBH & CO. KG,                      :

                      Defendant.           :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

 A status videoconference having been held today, with counsel for all parties appearing,

 IT IS HEREBY ORDERED that:

 1. The last day for plaintiff to file its motion to dismiss the counterclaims is March 11, 2026;

 2. The last day for defendant's opposition to plaintiff's motion is March 31, 2026;

 3. The last day for the parties to exchange initial disclosures is April 1, 2026;

 4. The last day for defendant's reply to the motion to dismiss the counterclaims is April 7, 2026;

 5. There will be a status conference on May 27, 2026, at 12:00 p.m. via MS Teams. The link for the conference will be emailed to the parties;

 6. The last day for completion of all discovery is July 31, 2026; and

 7. This case will be referred to the Court-annexed Mediation Program.

Dated: New York, New York
  March 4, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.