UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. MISHAN & SONS, INC.,

                              Plaintiff,

             -v-

TRADIX GMBH & CO. KG,

                              Defendant.

25-cv-4853 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held in this action today by Microsoft Teams, with counsel for all parties present, IT IS HEREBY ORDERED that:

1.    As set forth on the record, plaintiff's motion to dismiss defendant's counterclaims (Dkt. No. 27) is denied with respect to defendant's breach of warranty counterclaim and defendant's fraud counterclaim.  Plaintiff's motion to dismiss is granted with respect to defendant's tortious interference with prospective business relations or economic advantage counterclaim, and plaintiff's motion to strike defendant's request for punitive damages in connection with its fraud counterclaim is granted.

2.    The last date for fact discovery is September 30, 2026.

3.    The last date for expert discovery is November 25, 2026.

4.    There will be a status conference on December 9, 2026, at 2:00 p.m. via Microsoft Teams.  A link will be sent to counsel prior to the conference.

Dated:  New York, New York
        June 9, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.